IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| ACandS INC. | : | Bankruptcy No. 02-12687 (RJN) |
|     Debtor. | : | |
| ------------------------------ | | ------------------------------ |
| LAWRENCE FITZPATRICK, | : | |
| | : | |
|     Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 04-123-JJF |
| | : | |
| TRAVELERS CASUALTY AND SURETY | : | |
| COMPANY and THE TRAVELERS | : | |
| INDEMNITY COMPANY, | : | |
| | : | |
|     Appellee. | : | |

O R D E R

IT IS HEREBY ORDERED that the Court will hold a Hearing in the above-captioned matter on **Wednesday, May 18, 2005 at 4:00 p.m.**, in Courtroom 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

April 8, 2005
DATE

[signature]
UNITED STATES DISTRICT JUDGE