IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ACandS, INC., | Bankruptcy Case No. 02-12687 (JKF) |
| ACandS, INC.,<br>　　　　Appellant,<br>　v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY,<br>　　　　Appellee. | Civil Action No. 04-120 (JJF) |
| IREX CORPORATION,<br>　　　　Appellant,<br>　v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY, and THE TRAVELERS INDEMNITY COMPANY,<br>　　　　Appellee. | Civil Action No. 04-121 (JJF) |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS,<br>　　　　Appellant,<br>　v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY, and THE TRAVELERS INDEMNITY COMPANY,<br>　　　　Appellee. | Civil Action No. 04-122 (JJF) |
| LAWRENCE FITZPATRICK<br>　　　　Appellant,<br>　v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY, and THE TRAVELERS INDEMNITY COMPANY,<br>　　　　Appellee. | Civil Action No. 04-123 (JJF) |

**AFFIDAVIT OF SERVICE**

Timothy M. O'Brien, being duly sworn according to law, deposes and says that he is

00361-001\DOCS_DE:107918.1

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. and that on the 10th day of May, 2005 he caused a copy of the following document to be served upon the parties on the attached service list in the manner indicated:

1. Notice of Substitution of Counsel, Entry of Appearance and Request for Notices and Other Pleadings.

**Dated:** May 10, 2005

*Timothy M. O'Brien*
Timothy M. O'Brien

Sworn to and subscribed before
me this 10th day of May, 2005

*Holly T. Walsh*
Notary Public
My Commission Expires: 02/11/06

HOLLY T. WALSH
Notary Public - Delaware
My Comm. Expires Feb. 11, 2006