IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re ACandS, INC., | ) ) ) | Bankruptcy Case No. 02-12687 (JKF) |
| ACandS, INC.,<br>      Appellant,<br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY,<br>      Appellee. | ) ) ) ) ) ) ) ) ) | Civil Action No. 04-120 (JJF) |
| IREX CORPORATION,<br>      Appellant,<br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY,<br>      Appellee. | ) ) ) ) ) ) ) ) ) | Civil Action No. 04-121 (JJF) |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS,<br>      Appellant,<br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY,<br>      Appellee. | ) ) ) ) ) ) ) ) ) | Civil Action No. 04-122 (JJF) |
| LAWRENCE FITZPATRICK,<br>      Appellant,<br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY,<br>      Appellee. | ) ) ) ) ) ) ) ) ) | Civil Action No. 04-123 (JJF) |

**AFFIDAVIT OF SERVICE**

Timothy M. O'Brien, being duly sworn according to law, deposes and says that he is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. and that on the 15th day of June, 2005 he caused a copy of the following document to be served upon the parties on the attached service list in the manner indicated:

1. **Notice of Hearing on July 13, 2005 at 11:00 a.m.**

Dated: June 15, 2005

_____
Timothy M. O'Brien

Sworn to and subscribed before
me this 15th day of June, 2005

_____
Notary Public

My Commission Expires: 11/4/05

MARY E. CORCORAN
STATE OF DELAWARE
NOTARY PUBLIC
My Commission Expires Nov. 4, 2005

00361-001\DOCS_DE:109045.1                                    2