IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ACandS, INC., | ) | Bankruptcy Case No. 02-12687 (JKF) |
|         Debtor. | ) | |
| | ) | |
| ACandS, INC., | ) | |
|         Appellant, | ) | Civil Action No. 04-120 (JJF) |
|    v. | ) | |
| TRAVELERS CASUALTY AND SURETY COMPANY, | ) | |
|         Appellee. | ) | |
| IREX CORPORATION, | ) | |
|         Appellant, | ) | Civil Action No. 04-121 (JJF) |
|    v. | ) | |
| TRAVELERS CASUALTY AND SURETY COMPANY, | ) | |
|         Appellee. | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, | ) | Civil Action No. 04-122 (JJF) |
|         Appellant, | ) | |
|    v. | ) | |
| TRAVELERS CASUALTY AND SURETY COMPANY, | ) | |
|         Appellee. | ) | |
| LAWRENCE FITZPATRICK, | ) | |
|         Appellant, | ) | Civil Action No. 04-123 (JJF) |
|    v. | ) | |
| TRAVELERS CASUALTY AND SURETY COMPANY, | ) | |
|         Appellee. | ) | |

## **CERTIFICATE OF SERVICE**

Laura Davis Jones, being duly sworn according to law, deposes and says that she is a shareholder with the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. and

00361-001\DOCS_DE:109368.1

that on the 24th day of June, 2005, she caused a copy of the following documents to be served upon the parties on the attached service list in the manner indicated:

1. Debtor's Motion to Continue Hearing on Objections Filed Pursuant to Bankruptcy Rule 9033 Re Proposed Findings of Fact and Conclusions of Law Re Chapter 11 Plan of Confirmation;

2. [Proposed] Order Granting Motion to Continue Hearing on Objections Filed Pursuant to Bankruptcy Rule 9033 Re Proposed Findings of Fact and Conclusions of Law Re Chapter 11 Plan of Confirmation.

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)