IN THE UNITED DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ACandS, INC., | ) | Bankruptcy Case No. 02-12687 (JKF) |
| Debtor. | ) | |
| | ) | |
| ACandS, INC., | ) | |
| Appellant, | ) | Civil Action No. 04-120 (JJF) |
| v. | ) | |
| | ) | |
| TRAVELERS CASUALTY AND SURETY COMPANY, | ) | |
| Appellee. | ) | |
| IREX CORPORATION, | ) | |
| Appellant, | ) | Civil Action No. 04-121 (JJF) |
| v. | ) | |
| TRAVELERS CASUALTY AND SURETY COMPANY, | ) | |
| Appellee. | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, | ) | Civil Action No. 04-122 (JJF) |
| Appellant, | ) | |
| v. | ) | |
| TRAVELERS CASUALTY AND SURETY COMPANY, | ) | |
| Appellee. | ) | |
| LAWRENCE FITZPATRICK, | ) | |
| Appellant, | ) | Civil Action No. 04-123 (JJF) |
| v. | ) | |
| TRAVELERS CASUALTY AND SURETY COMPANY, | ) | |
| Appellee. | ) | |

**ORDER GRANTING MOTION TO CONTINUE HEARING ON OBJECTIONS FILED PURSUANT TO BANKRUPTCY RULE 9033 RE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW RE CHAPTER 11 PLAN CONFIRMATION**

Upon consideration of the Debtor's *Motion to Continue Hearing on Objections Filed Pursuant to Bankruptcy Rule 9033 Re Proposed Findings of Fact and Conclusions of Law Re Chapter 11 Plan Confirmation* (the "Motion") filed by the Debtor;[1] and it appearing that this Court has jurisdiction to consider the motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor's estate and its creditors; and it appearing that due notice of the Motion has been given, and that no further notice is required; and sufficient cause appearing therefore; it is hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the hearing scheduled for July 13, 2005 to consider the 9033 Objections shall be continued; and it is further

**ORDERED** that counsel for the Debtor shall serve this Order on all parties to the 9033 Objections immediately upon entry of this Order.

Dated: June 29, 2005

_____
United States District Court Judge

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to such terms in the Motion.