IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| ACandS, INC., | ) | Bankruptcy Case No. 02-12687 (JKF) |
|           Debtor. | ) | |
| | ) | |
| ACandS, INC., | ) | |
|           Appellant, | ) | Civil Action No. 04-120 (JJF) |
| v. | ) | |
| TRAVELERS CASUALTY AND SURETY COMPANY, | ) | |
|           Appellee. | ) | |
| IREX CORPORATION, | ) | |
|          Appellant, | ) | Civil Action No. 04-121 (JJF) |
| v. | ) | |
| TRAVELERS CASUALTY AND SURETY COMPANY, | ) | |
|          Appellee. | ) | |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, | ) | Civil Action No. 04-122 (JJF) |
|          Appellant, | ) | |
| v. | ) | |
| TRAVELERS CASUALTY AND SURETY COMPANY, | ) | |
|          Appellee. | ) | |
| LAWRENCE FITZPATRICK, | ) | Civil Action No. 04-123 (JJF) |
|          Appellant, | ) | |
| v. | ) | |
| TRAVELERS CASUALTY AND SURETY COMPANY, | ) | |
|          Appellee. | ) | |

**CERTIFICATE OF SERVICE**

I, CurtisA. Hehn, being duly sworn according to law, hereby certify that on the

29th day of June, 2005, I caused a copy of the following document to be served on the

individuals on the attached service lists in the manner indicated thereon:

1. [Signed] Order Granting Motion to Continue Hearing on Objections Filed Pursuant to Bankruptcy Rule 9033 Re Proposed Findings of Fact and Conclusions of Law Re Chapter 11 Plan Confirmation.

Curtis A. Hehn (Bar No. 4264)