**ACandS, Inc. – District Court Appeal Service List**
Case No. 02-12687 (JKF)
Document No. 89933
08 - Hand Delivery
12 – First Class Mail


(Co-counsel for the Debtor)
Pachulski, Stang, Ziehl, Young, Jones
& Weintraub P.C.
Laura Davis Jones, Esquire
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19801
Telephone: (302) 652-4100

*Hand Delivery*
(Copy Service)
Vito I. DiMaio
Parcels, Inc.
4 East Seventh Street
Wilmington, DE 19801

*Hand Delivery*
The Office of the United States Trustee:
Frank J. Perch, III, Esquire
Assistant United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

*Hand Delivery*
(Co-Counsel for the Kenesis Group LLC)
Werb & Sullivan
Duane D. Werb
300 Delaware Avenue
10th Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel to the Future Claimants'
Representative)
Young Conaway Stargatt & Taylor LLP
Edwin J. Harron, Esquire
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

*Hand Delivery*
(Co-Counsel for Irex Corp.)
Rosenthal, Monhait, Gross & Goddess, P.A.
Kevin Gross, Esquire
Herbert W. Mondros, Esquire
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE  19899-1070

*Hand Delivery*
(Co-Counsel for Travelers Casualty And
Surety Company)
Morris Nichols Arsht & Tunell
Robert J. Dehney, Esquire
Michael G. Busenkell, Esquire
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

*Hand Delivery*
(Co-Counsel to the Official Committee
of Asbestos Personal Injury Claimants)
Campbell & Levine, LLC
Marla Eskin, Esquire
800 North King Street, Suite 300,
3rd Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Michael Pope)
Christopher D. Loizides, Esquire
Loizides & Associates
1225 King Street
Suite 800
Wilmington, DE 19801

*First Class Mail*
)
Attorney for the United States of America)
U.S. Department of Justice
Lindsey W. Cooper, Jr., Esquire
Trial Attorney, Tax Division
P.O. Box 227, Ben Franklin Station
Washington, DC  20004

*First Class Mail*
(Co-counsel for the Debtor)
Gilbert Heintz & Randolph LLP
Craig J. Litherland, Esquire
David B. Killalea, Esquire
1100 New York Avenue, NW Suite 700
Washington, DC  20005

*First Class Mail*
(Co-Counsel to the Official Committee
of Asbestos Personal Injury Claimants)
Campbell & Levine, LLC
Philip E. Milch, Esquire
1700 Grant Building
Pittsburgh, PA  15219

*First Class Mail*
(Co-Counsel to the Official Committee
of Asbestos Personal Injury Claimants)
Caplin & Drysdale LLP
Elihu Inselbuch, Esquire
399 Park Avenue, 27th Floor
New York, NY  10022

*First Class Mail*
(Co-Counsel for Travelers Casualty And
Surety Company)
Simpson Thacher & Bartlett
Mary Beth Forshaw, Esquire
Bryce Friedman, Esquire
425 Lexington Avenue
New York, NY  10017-3954

*First Class Mail*
(Co-Counsel for Irex Corp.)
Pillsbury Winthrop LLP
Richard L. Epling, Esquire
David A. Crichlow, Esquire
1540 Broadway, 19th Floor
New York, NY 10036

*First Class Mail*
(The Future Claimants' Representative)
Lawrence Fitzpatrick, Esquire
1009 Lennox Drive
Building 4, Suite 101
Lawrenceville, NJ  08648

*First Class Mail*
(Counsel for Specialty Products &
Insulation Co.)
Kirkpatrick & Lockhart LLP
Jeffery N. Rich, Esquire
599 Lexington Avenue
New York, NY  10022

*First Class Mail*
(Co-Counsel for the Kenesis Group LLC)
Diamond McCarthy Taylor Finley Bryant &
Lee, LLP
James D. McCarthy, Esquire
1201 Elm Street, 34th Floor
Dallas, TX 75270

*First Class Mail*
(Co-Counsel for the Kenesis Group LLC)
Diamond McCarthy Taylor Finley Bryant &
Lee, LLP
Arley D. Finley, III, Esquire
Michael S. Truesdale, Esquire
6504 Bridgepoint Parkway, Suite 400
Austin, TX 78730

*First Class Mail*
(ACandS, Inc.)
James Hipolit, Esquire
ACandS, Inc.
120 North Lime Street
P.O. Box 1268
Lancaster, PA  17608

*First Class Mail*
(Counsel to Anthony DeFabbo
and Michael Pope)
Nicole Tuman, Esquire
Samantha L. Southall, Esquire
Cohen Pope PLLC
1633 Broadway, 20th Floor
New York, NY  10019