```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE

In re                          :   Chapter 11
                               :
ACANDS, INC.,                  :   Bankruptcy Case No. 02-12687
                               :   (JKF)
          Debtor.              :
_____:
                               :
ACANDS, INC.,                  :   Civil Action No. 04-120-JJF
          Appellant,           :
     v.                        :
TRAVELERS CASUALTY AND SURETY  :
COMPANY,                       :
          Appellee.            :
_____:
                               :
IREX CORPORATION,              :   Civil Action No. 04-121-JJF
          Appellant,           :
     v.                        :
TRAVELERS CASUALTY AND SURETY  :
COMPANY,                       :
          Appellant.           :
_____:
                               :
OFFICIAL COMMITTEE OF          :   Civil Action No. 04-122-JJF
ASBESTOS PERSONAL INJURY       :
CLAIMANTS,                     :
          Appellant,           :
     v.                        :
TRAVELERS CASUALTY AND SURETY  :
COMPANY,                       :
          Appellee.            :
_____:
                               :
LAWRENCE FITZPATRICK,          :   Civil Action No. 04-123-JJF
          Appellant,           :
     v.                        :
TRAVELERS CASUALTY AND SURETY  :
COMPANY,                       :
          Appellee.            :
```

**<u>ORDER</u>**

WHEREAS, a hearing in the above-captioned cases was scheduled for May 18, 2005 (D.I. 37 in Civil Action No. 04-120; D.I. 22 in Civil Action No. 04-121; D.I. 22 in Civil Action 04-122; D.I. 24 in Civil Action No. 04-123);

WHEREAS, the hearing was rescheduled for July 13, 2005;

WHEREAS, the Debtor then filed a Motion To Continue Hearing, requesting the Court to delay any hearing until the completion of negotiations between the Debtor and the Creditor's Committee (D.I. 40 in Civil Action No. 04-120; D.I. 25 in Civil Action No. 04-121; D.I. 25 in Civil Action No. 04-122; D.I. 27 in Civil Action No. 04-123);

WHEREAS, to date the Debtor has not notified the Court that negotiations have been completed, and therefore, a new hearing date has not yet been scheduled;

WHEREAS, for statistical purposes, the Court will deny several pending motions with leave to renew by letter once a hearing has been scheduled;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Appellant's Motion for Leave to File Under Seal Exhibit A, Exhibit B, Exhibit C, Exhibit D, Exhibit E, Exhibit F, and Exhibit G (D.I. 30 in Civil Action No. 04-120) is **DENIED WITH LEAVE TO RENEW**.

2. Appellant's Motion for Leave to File Under Seal Exhibit A, Exhibit B, Exhibit C, Exhibit D, Exhibit E, Exhibit F, and Exhibit G (D.I. 16 in Civil Action No. 04-121) is **DENIED WITH LEAVE TO RENEW**.

3. Appellant's Motion for Leave to File Under Seal Exhibit A, Exhibit B, Exhibit C, Exhibit D, Exhibit E, Exhibit F, and Exhibit G (D.I. 16 in Civil Action No. 04-122) is **DENIED**

   **WITH LEAVE TO RENEW**.

4. Appellee's Motion to Stay (D.I. 5 in Civil Action No. 04-123) is **DENIED WITH LEAVE TO RENEW**.

5. Appellant's Motion for Leave to File Under Seal Exhibit A, Exhibit B, Exhibit C, Exhibit D, Exhibit E, Exhibit F, and Exhibit G (D.I. 18 in Civil Action No. 04-123) is **DENIED WITH LEAVE TO RENEW**.

September 27, 2005

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE