IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| ACandS, INC., | : | Bankruptcy Case No. 02-12687-JKF |
| Debtor. | : | |

| | | |
|---|---|---|
| ACandS, INC., | : | |
| Appellant, | : | |
| v. | : | Civil Action No. 04-120-JJF |
| TRAVELERS CASUALTY & SURETY CO., | : | |
| Appellee. | : | |

| | | |
|---|---|---|
| IREX CORPORATION, | : | |
| Appellant, | : | |
| v. | : | Civil Action No. 04-121-JJF |
| TRAVELERS CASUALTY AND SURETY COMPANY, | : | |
| Appellee. | : | |

| | | |
|---|---|---|
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, | : | |
| Appellant, | : | |
| v. | : | Civil Action No. 04-122-JJF |
| TRAVELERS CASUALTY AND SURETY COMPANY, | : | |
| Appellee. | : | |

```
LAWRENCE FITZPATRICK,           :
                                :
          Appellant,            :
                                :
     v.                         :  Civil Action No. 04-123-JJF
                                :
TRAVELERS CASUALTY AND SURETY   :
COMPANY,                        :
                                :
          Appellee.             :
```

## O R D E R

WHEREAS, the Court scheduled a hearing in the above-captioned actions for July 13, 2005;

WHEREAS, on June 24, 2005, the Debtor requested a continuance of the hearing so as to permit the Debtor the opportunity to continue negotiations with the Creditors' Committee;

WHEREAS, the Court granted the Debtor's request, and to date the Court has received no information from the parties regarding the status of the above-captioned actions;

NOW THEREFORE, IT IS HEREBY ORDERED that a Status Hearing will be held in the above-captioned actions on **Wednesday, November 29, 2006 at 2:00 p.m.** in Courtroom 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

October 13, 2006                    /s/ Joseph J. Farnan
DATE                                UNITED STATES DISTRICT JUDGE