

# PACHULSKI
STANG
ZIEHL
YOUNG
JONES
WEINTRAUB

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP
WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705
(Courier Zip Code 19801)

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400


LOS ANGELES
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777


WEB: www.pszyjw.com

---

ljones@pszyjw.com       November 28, 2006       DIRECT DIAL (302) 778-6401

**VIA HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
844 N. King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

      Re:   **ACandS, Inc. v. Travelers Casualty
                    & Surety Co., C.A. Nos. 04-120-JJF
                    through 04-123-JJF; C.A. No. 03-894-JJF**

Dear Judge Farnan:

      Our firm represents ACandS, Inc. ("ACandS") in the referenced proceedings. Pursuant to Orders issued by Your Honor on October 13, 2006, the Court has scheduled a hearing on Thursday, November 29, 2006 to discuss status of the first referenced group of proceedings and argument on the second referenced matter.

      The parties involved are presently in discussions hoping to resolve all of the matters in these proceedings. Accordingly, ACandS respectfully requests that the Court continue the November 29 hearing for approximately sixty (60) days while these discussions continue. Travelers Casualty & Surety Co. agrees with the continuance request.

      We are available at the Court's convenience if Your Honor has any questions.

                              Res~~pectfully~~ submitted,

                              */s/ Laura Davis Jones*

                              Laura Davis Jones

00361-001\DOCS_DE:123070.1



PACHULSKI STANG ZIEHL YOUNG JONES WEINTRAUB

LAW OFFICES

The Honorable Joseph J. Farnan
November 28, 2006
Page 2

LDJ/dp

cc:  James Hipolit, Esquire (ACandS, Inc.)
David B. Killea, Esquire (ACandS, Inc.)
Bryce L. Friedman, Esquire (Travelers)
Robert Dehney, Esquire (Travelers)
Richard Shepacarter, Esquire (U.S. Trustee)
Michael Truesdale, Esquire (Kenesis)
Duane Werb, Esquire (Kenesis)
Elihu Inselbuch, Esquire (Creditors' Committee)
Ronald E. Reinsel, Esquire (Creditors' Committee)
Marla Eskin, Esquire (Creditors' Committee)
Richard Epling, Esquire (Irex)
Edwin Harron, Esquire (Futures Representative)
*(All Via Telecopier)*

00361-001\DOCS_DE:123070.1