IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| ACandS, INC., | : | Bankruptcy Case No. 02-12687-JKF |
| Debtor. | : | |

| | | |
|---|---|---|
| ACandS, INC., | : | |
| Appellant, | : | |
| v. | : | Civil Action No. 04-120-JJF |
| TRAVELERS CASUALTY & SURETY CO., | : | |
| Appellee. | : | |

| | | |
|---|---|---|
| IREX CORPORATION, | : | |
| Appellant, | : | |
| v. | : | Civil Action No. 04-121-JJF |
| TRAVELERS CASUALTY AND SURETY COMPANY, | : | |
| Appellee. | : | |

| | | |
|---|---|---|
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, | : | |
| Appellant, | : | |
| v. | : | Civil Action No. 04-122-JJF |
| TRAVELERS CASUALTY AND SURETY COMPANY, | : | |
| Appellee. | : | |

```
LAWRENCE FITZPATRICK,            :
                                 :
         Appellant,              :
                                 :
    v.                           :  Civil Action No. 04-123-JJF
                                 :
TRAVELERS CASUALTY AND SURETY    :
COMPANY,                         :
                                 :
         Appellee.               :
_____:_____

ACandS, INC.,                    :
                                 :
         Appellant,              :
                                 :
    v.                           :  Civil Action No. 03-894-JJF
                                 :
TRAVELERS CASUALTY & SURETY      :
CO.,                             :
                                 :
         Appellee.               :
```

## O R D E R

WHEREAS, the Court scheduled a hearing in the above-captioned actions for November 29, 2006;

WHEREAS, on November 28, 2006, the Debtor requested a continuance of the hearing for a period of sixty (60) days so as to permit the Debtor the opportunity to continue settlement negotiations;

WHEREAS, the sixty (60) day period has elapsed;

NOW THEREFORE, IT IS HEREBY ORDERED that the parties to the above-captioned actions shall provide the Court with a joint status letter **within ten (10) days** of the date of this Order.

February 15, 2007                    _____
     DATE                            UNITED STATES DISTRICT JUDGE