

PACHULSKI
STANG
ZIEHL
YOUNG
JONES
WEINTRAUB

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP
WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705
(Courier Zip Code 19801)

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

ljones@pszyjw.com      February 27, 2007      DIRECT DIAL (302) 778-6401

**VIA HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
844 N. King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

    Re:    **ACandS, Inc. v. Travelers Casualty & Surety Co., C.A. Nos. 04-120-JJF through 04-123-JJF; C.A. No. 03-894-JJF**

Dear Judge Farnan:

    Our firm represents ACandS, Inc. in the referenced proceedings. Pursuant to Orders issued by Your Honor on February 15, 2007, the Court has requested that the parties submit a joint status letter in connection with the referenced proceedings.

    The parties involved are presently in discussions hoping to resolve all of the matters in these proceedings. Accordingly, we respectfully request that the Court continue any hearings on these matters approximately forty-five (45) days while these discussions continue. The parties may seek a further extension. The U.S. Trustee has no objection to this request.

LOS ANGELES
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

NEW YORK
780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszyjw.com      00361-001\DOCS_DE:125396.1



PACHULSKI
STANG
ZIEHL
YOUNG
JONES
WEINTRAUB

LAW OFFICES

The Honorable Joseph J. Farnan
February 27, 2007
Page 2

       We are available at the Court's convenience if Your Honor has any questions.

Respectfully submitted,

Laura Davis Jones

LDJ/mec

cc: James Hipolit, Esquire (ACandS, Inc.)
    David B. Killalea, Esquire (ACandS, Inc.)
    Bryce L. Friedman, Esquire (Travelers)
    Robert Dehney, Esquire (Travelers)
    Richard Shepacarter, Esquire (U.S. Trustee)
    Michael Truesdale, Esquire (Kenesis)
    Duane Werb, Esquire (Kenesis)
    Elihu Inselbuch, Esquire (Creditors' Committee)
    Ronald E. Reinsel, Esquire (Creditors' Committee)
    Marla Eskin, Esquire (Creditors' Committee)
    Richard Epling, Esquire (Irex)
    Edwin Harron, Esquire (Futures Representative)
    *(All Via Telecopier)*