```
               IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF DELAWARE

IN RE:                          :  Chapter 11
                                :
ACandS, INC.,                   :  Bankruptcy Case No. 02-12687-JKF
                                :
       Debtor.                  :
                                :
_____:_____
                                :
ACandS, INC.,                   :
                                :
       Appellant,               :
                                :
  v.                            :  Civil Action No. 04-120-JJF
                                :
TRAVELERS CASUALTY & SURETY     :
CO.,                            :
                                :
       Appellee.                :
                                :
_____:_____
                                :
IREX CORPORATION,               :
                                :
       Appellant,               :
                                :
  v.                            :  Civil Action No. 04-121-JJF
                                :
TRAVELERS CASUALTY AND SURETY   :
COMPANY,                        :
                                :
       Appellee.                :
                                :
_____:_____
                                :
OFFICIAL COMMITTEE OF           :
ASBESTOS PERSONAL INJURY        :
CLAIMANTS,                      :
                                :
       Appellant,               :
                                :
  v.                            :  Civil Action No. 04-122-JJF
                                :
TRAVELERS CASUALTY AND          :
SURETY COMPANY,                 :
                                :
       Appellee.                :
                                :
_____:_____
```

```
LAWRENCE FITZPATRICK,              :
                                   :
        Appellant,                 :
                                   :
    v.                             :   Civil Action No. 04-123-JJF
                                   :
TRAVELERS CASUALTY AND SURETY      :
COMPANY,                           :
                                   :
        Appellee.                  :
_____:_____
                                   :
ACandS, INC.,                      :
                                   :
        Appellant,                 :
                                   :
    v.                             :   Civil Action No. 03-894-JJF
                                   :
TRAVELERS CASUALTY & SURETY        :
CO.,                               :
                                   :
        Appellee.                  :
```

## O R D E R

WHEREAS, at the request of the Debtor to facilitate settlement negotiations, the Court continued two scheduled hearings in the above-captioned actions, one scheduled for July 13, 2005, and one scheduled for November 29, 2006;

WHEREAS, in February 2007, the Court ordered the parties to provide the Court with the status of these actions;

WHEREAS, the parties advised the Court on February 27, 2007, that settlement negotiations were continuing and an additional forty-five day extension of time was sought;

WHEREAS, to date, the Court has received no further information from the parties regarding the status of these actions;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Civil Action Nos. 04-120 through 04-123 are **ADMINISTRATIVELY CLOSED**.[1]

2. The parties shall file a joint status report for Civil Action Nos. 04-120 through 04-123 and 03-894 every 90 days and may seek to reopen these actions upon written request.

July 17, 2007
DATE

UNITED STATES DISTRICT JUDGE

---

[1] Civil Action No. 03-894 was previously closed by the Court.